# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO THE          :   No. 138
                                    :
PENNSYLVANIA INTEREST ON            :   DISCIPLINARY RULES DOCKET
                                    :
LAWYERS TRUST ACCOUNT               :
                                    :
BOARD                               :

## **O R D E R**

**PER CURIAM:**

AND NOW, this 11th day of August, 2015, Stella L. Smetanka, Allegheny County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years commencing September 1, 2015.